IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT O FMISSISSIPPI
EASTERN DIVISION

CLIFFORD CRABB                                                                                          PLAINTIFF

VS.                                                                                    CASE NO. 1:08CV212-SA-JAD

ACADEMY COLLECTION SERVICE, INC.
AND KENT CARSON                                                                                       DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

This day, this cause came on for consideration of the joint application for an Order of Dismissal of the parties to this cause, each of whom acknowledge that this case has been fully and finally settled, a settlement agreement and release having been executed by the plaintiff, Clifford Crabb. Having maturely considered the joint application, the Court is of the opinion that such relief should be granted and it is therefore,

It is ORDERED that this cause and all parties hereto shall be and are hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED, this, the 23rd day of October, 2008.

/s/ Sharion Aycock
 U.S. DISTRICT COURT JUDGE